Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Daniel L Murphy** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 20-2333 |
| | ) |
| **Piatt County Sheriff's Office** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff recovers nothing from their claim.

**Dated: 3/8/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court